UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND <br><br> Plaintiff, <br><br> v. <br><br> UNITED PARCEL SERVICE, INC. <br><br> Defendant, | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No.  1:04-cv-11112-WGY <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MOTION TO EXTEND TIME TO SERVE THE SUMMONS AND COMPLAINT**

NOW COMES the plaintiff in this action and requests an extension of to serve the summons and complaint in this action until October 26, 2004.  This action involves the collection of delinquent contributions pursuant to the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §1001, *et seq.*

The Complaint was filed on May 26, 2004.   Plaintiff has not yet served the Summons and Complaint because the Defendant made a substantial payment toward the delinquency and the parties are currently attempting to settle outstanding disputes.  The extension of time to serve the complaint will allow sufficient time for the parties to continue settlement discussions without incurring the additional cost of litigation at this time.

Dated:  September 17, 2004      Respectfully submitted,

                                       Catherine M. Campbell
                                       BBO #549397
                                       FEINBERG, CAMPBELL & ZACK, P.C.
                                       177 Milk  Street
                                       Boston, MA 02109
                                       (617) 338-1976

                                        /S/ Catherine M. Campbell
                                       Attorney for Plaintiff