UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.<br><br>　　　　Defendant, | )<br>)<br>)<br>)<br>)<br>) C.A. No.  1:04-cv-11112-WGY<br>)<br>)<br>)<br>)<br>)<br>) |

**SECOND MOTION TO EXTEND TIME TO SERVE THE SUMMONS AND COMPLAINT**

　　　NOW COMES the plaintiff in this action and requests an additional extension of to serve the summons and complaint in this action until December 1, 2004.  This action involves the collection of delinquent contributions pursuant to the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §1001, *et seq.*

　　　The Complaint was filed on May 26, 2004.   As previously stated, Plaintiff has not yet served the Summons and Complaint because the Defendant made a substantial payment toward the delinquency.  Plaintiff has made an offer to settle the matter and is currently awaiting a response from defendant.   The additional extension of time to serve the complaint will allow time for the parties to pursue ongoing settlement discussions without incurring the additional cost of litigation at this time.

Dated:  October 26, 2004          Respectfully submitted,

                                                    Catherine M. Campbell
                                                  BBO #549397
                                                  FEINBERG, CAMPBELL & ZACK, P.C.
                                                  177 Milk  Street
                                                  Boston, MA 02109
                                                  (617) 338-1976

                                                   /S/ Catherine M. Campbell
                                                  Attorney for Plaintiff