UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES LANGONE, as FUND MANAGER )
of the NEW ENGLAND TEAMSTERS AND )
TRUCKING INDUSTRY PENSION FUND )
                                                    )
      Plaintiff, )
                                                     ) C.A. No.  1:04-cv-11112-WGY
v. )
                                                    )
UNITED PARCEL SERVICE, INC. )
                                                   )
      Defendant, )
                                                     )

**THIRD  MOTION TO EXTEND TIME TO SERVE THE SUMMONS AND COMPLAINT**

NOW COMES the plaintiff in this action and requests an additional extension of to serve the summons and complaint in this action until February 1, 2005.  The Complaint was filed on May 26, 2004.   This matter, which involves 15 audits for delinquent contributions, is complex and the parties continue to work diligently toward a settlement.  Any settlement must then be approved by the Plaintiff's Board of Trustees.

The additional extension of time to serve the complaint will allow time for the parties to pursue ongoing settlement discussions without incurring the additional cost of litigation at this time.  Although not served, Defendant's counsel is aware of the pending action and does not object to the extension.

Dated: November 22, 2004             Respectfully submitted,

                                                   Catherine M. Campbell
                                                  BBO #549397
                                                  FEINBERG, CAMPBELL & ZACK, P.C.
                                                  177 Milk Street
                                                  Boston, MA 02109
                                                  (617) 338-1976

                                                  __/s/ Catherine M. Campbell__
                                                  Attorney for Plaintiff