UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE as FUND MANAGER )<br>Of the NEW ENGLAND TEAMSTERS AND )<br>TRUCKING INDUSTRY PENSION FUND )<br>　　　　　　Plaintiff, ) | Civ. No. 1:04-cv-11112-WGY |
| v. ) | |
| UNITED PARCEL SERVICE INC. )<br>　　　　　　Defendant, ) | |

## NOTICE OF APPEARANCE

Please enter my appearance in the above referenced case on behalf of the defendant, United Parcel Service Inc.

　　　　　　　　　　　　　　　　United Parcel Service Inc.
　　　　　　　　　　　　　　　　By its attorney,


　　　　　　　　　　　　　　　　___S/Laurie Alexander-Krom
　　　　　　　　　　　　　　　　Laurie Alexander-Krom - BBO #637385
　　　　　　　　　　　　　　　　Murtha Cullina LLP
　　　　　　　　　　　　　　　　99 High Street
　　　　　　　　　　　　　　　　Boston, MA 02110-2320
　　　　　　　　　　　　　　　　Telephone:  (617) 457-4000


Date:  February 16, 2005