UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE as FUND MANAGER )<br>Of the NEW ENGLAND TEAMSTERS AND )<br>TRUCKING INDUSTRY PENSION FUND )<br>            Plaintiff, )<br>)<br>v. )<br>)<br>UNITED PARCEL SERVICE INC. )<br>            Defendant, )<br>) | Civ. No. 1:04-cv-11112-WGY |

**ASSENTED TO MOTION FOR AN EXTENSION OF TIME
FOR UNITED PARCEL SERVICE INC.
TO FILE ITS RESPONSIVE PLEADING**

The defendant, United Parcel Service Inc. ("UPS") requests an additional thirty days for which to file its responsive pleading in this case. The parties have reached a settlement and require additional time to complete the final agreement. The Plaintiff has assented to this motion.

|  | Assented to by, |
|---|---|
| UNITED PARCEL SERVICE INC.<br>By its attorney, | CHARLES LANGONE as FUND<br>MANAGER Of the NEW ENGLAND<br>TEAMSTERS AND TRUCKING<br>INDUSTRY PENSION FUND |
| /s/ Laurie Alexander-Krom<br>Laurie Alexander-Krom – BBO #637385<br>Murtha Cullina LLP<br>99 High Street<br>Boston, MA 02110-2320<br>Telephone: (617) 457-4000 | /s/Catherine M. Campbell<br>Catherine M. Campbell – BBO #549397<br>Feinberg, Campbell & Zack, P.C.<br>177 Milk Street<br>Boston, MA 02109<br>Telephone: (617) 338-1976 |

Date: February 16, 2005