UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND <br><br> Plaintiff, <br><br> v. <br><br> UNITED PARCEL SERVICE, INC. <br><br> Defendant, | ) ) ) ) ) ) ) C.A. No. 1:04-cv-11112-WGY ) ) ) ) ) ) |

## JOINT MOTION FOR ENTRY OF SETTLEMENT ORDER OF DISMISSAL

Now come the parties in the above referenced matter and request a Settlement Order of Dismissal, a draft of which is attached hereto. The parties have reached a settlement in principal but request sixty (60) days to allow sufficient time to complete the execution of the settlement documents.

Respectfully submitted,

| For the Plaintiff, | For the Defendant, |
|---|---|
| CHARLES LANGONE, FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND | UNITED PARCEL SERVICE, INC. |
| By his Attorney, | By their Attorney, |
| /s/ Catherine M. Campbell <br> Catherine M. Campbell <br> BBO# 549397 <br> Feinberg, Campbell & Zack, P.C. <br> 177 Milk Street <br> Boston, MA 02109 <br> (617) 338-1976 | /s/ Lissa J. Paris <br> Lissa J. Paris, Esq. <br> Murtha Culina LLP <br> CityPlace I <br> 185 Asylum Street <br> Hartford, CT 06103 <br> (860) 240-6000 |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.<br><br>Defendant, | C.A. No. 1:04-cv-11112-WGY |

**SETTLEMENT ORDER OF DISMISSAL**

Young, D.J.

The Court having been advised by counsel for the parties that the above-entitled action has been settled;

IT IS HEREBY ORDERED that this action is herby dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

_____          _____
Date                                                  Deputy Clerk