# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

                                                Civil Action No: <u>04-11112-WGY</u>

LANGONE
Plaintiff

v.

UNITED PARCEL SERVICE, INC.
Defendant

### SETTLEMENT ORDER OF DISMISSAL

YOUNG, C.J.

      The Court having been advised on March 17, 2005, that the above-entitled action has been settled:

      IT IS ORDERED that this action is hereby dismissed without cost and without prejudice to the right of any party, upon good cause shown, to reopen the action within Sixty (60) days if settlement is not consummated.

                                                  By the Court,

                                                  /s/ Marie Bell
                                                  Deputy Clerk

March 29, 2005

To: All Counsel